SAMUEL L. JACKSON, City Attorney (SBN 79081)
LAN WANG, Senior Deputy City Attorney (SBN 186474)
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2604
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants

**FILED**

AUG 16 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITICAL MASS (an unincorporated political association), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>Defendants. | CASE No. CIV S-02-1200 DFL GGH<br><br>STIPULATION AND ORDER RE: VACATING DISCOVERY SANCTION |

WHEREAS, Defendants filed a motion to compel discovery on June 10, 2005, and said motion was set to be heard on the Court's law and motion calendar for June 30, 2005;

WHEREAS, Defendants motion to compel discovery was granted in the Court's Order filed on July 6, 2005, and in that Order, Defendants' request for sanctions was granted in the amount of $575.00;

WHEREAS, settlement has been reached in this action; and as consideration for a complete, final settlement of this action, the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The discovery sanction in the amount of $575.00 granted at Defendants' request is waived, and that part of the Court's Order, which was filed on July 6, 2005, granting that sanction shall be vacated.

////

1

Dated: August 8, 2005

SAMUEL L. JACKSON
City Attorney

By: /s/ Lan Wang
LAN WANG
Senior Deputy City Attorney
Attorneys for Defendants

Dated: August 9, 2005

/s/ Lawrence A. Hildes
LAWRENCE A. HILDES
Attorneys for Plaintiffs

IT IS HEREBY ORDERED that that part of the Court's Order, which was filed on July 6, 2005, granting a discovery sanction in the amount of $575.00 in favor of Defendants is vacated.

SO ORDERED.

DATED: AUG 16 2005

/s/ Gregory G. Hollows
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA

2