SAMUEL L. JACKSON, City Attorney (SBN 79081)
**LAN WANG,** Senior Deputy City Attorney (SBN 186474)
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2604
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITICAL MASS (an unincorporated political association), et al., | **CASE No. CIV S-02-1200 DFL GGH** |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | |
| CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

All Plaintiffs and all Defendants, by and through their respective counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41 (a), to the dismissal of this action with prejudice.  Each party to bear its own costs of suit and attorney's fees.

Based on this stipulation, the parties hereby move this Court for an entry of an order of dismissal as set forth below.

DATED: August 22, 2005         By:   /S/
                                     **LAWRENCE A. HILDES**
                                     Attorneys for Plaintiffs

DATED: August 23, 2005               SAMUEL L. JACKSON,
                                     City Attorney


                               By:   /S/
                                     **LAN WANG**
                                     Senior Deputy City Attorney
                                     Attorneys for Defendants

1

02cv1200.o.919.wpd

# **FINAL ORDER**

Having read the foregoing Stipulation of Dismissal, and good cause appearing therefore, it is ORDERED and ADJUDGED that this action be dismissed with prejudice. All parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: 9/16/2005

_____
DAVID F. LEVI
United States District Judge

02cv1200.o.919.wpd